FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2018**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETH A WILLIAMS,<br><br>                      Plaintiff,<br><br>   v.<br><br>INTERA INCORPORATED; WILL NICHOLS; and KEVIN SMITH,<br><br>                      Defendants. | NO: 4:17-CV-5194-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal, ECF No. 28. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal, **ECF No. 28**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment for dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 13, 2018.

                                          *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                           United States District Judge